IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JUSTIN W. MADEWELL                                                                                    PLAINTIFF

V.                                       CASE NO. 5:22-CV-5133

COMMISSIONER, SOCIAL SECURITY
ADMINISTRATION                                                                                        DEFENDANT

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 16) filed in this case today by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. Magistrate Judge Ford recommends that the Court grant the Commissioner's Unopposed Motion for Reversal and Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g). Given that the Report and Recommendation advises granting the parties all relief they jointly request, there is no need for further delay. The Court finds the fourteen-day period for objections has effectively been waived by the parties.

**IT IS THEREFORE ORDERED** that the Report and Recommendation is proper and is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, the Unopposed Motion (Doc. 14) is **GRANTED**, and the decision of the ALJ is **REVERSED**. This case is **REMANDED** to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED** on this 28th day of November, 2022.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE